IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA FAUST, AS THE ADMINISTRIX OF THE ESTATE OF DANIEL FAUST, DECEASED, AND SANDRA FAUST IN HER OWN RIGHT | : : : : : | |
| **Plaintiff** | : : | |
| v. | : : : | CIVIL ACTION 07-4691 |
| THE CITY OF LANCASTER, ET AL. **Defendants** | : : | |

## DEFENDANTS BOROUGH OF LITITZ, OFFICER MILLER AND OFFICER DETZ'S <u>OFFER OF JUDGMENT</u>

Defendants Borough of Lititz, Officer Miller and Officer Detz hereby make the following offer of judgment pursuant to Federal Rule of Civil Procedure 68:

A. <u>INTRODUCTION</u>

1. Plaintiff is Sandra Faust as the Adminstratrix of the Estate of Estate of Daniel Faust and Sandra Faust in her own right.

2. Plaintiff sued Defendants asserting claims pursuant 42 U.S.C. §1983, Assault, Wrongful Death and a Survival Action.

3. Defendants make this offer more than ten days before this case is set for trial.

B. <u>OFFER OF JUDGMENT</u>

4. Defendants Borough of Lititz, Officer Miller and Officer Detz hereby offer to Plaintiff Sandra Faust to allow judgment to be taken against them for two thousand dollars ($2,000), plus costs incurred to date, pursuant to Federal Rule of Civil Procedure 68. This offer is

unconditional and will remain open for ten (10) days after service.

    5.  If Plaintiff does not answer within ten (10) days the offer is deemed withdrawn

    6.  An acceptance of this offer must be in writing by Notice of Acceptance within ten (10) days of service of this offer.

<u>*s/Patricia Fecile-Moreland*</u>
Patricia Fecile-Moreland, Esquire
Marks, O'Neill, O'Brien & Courtney, PC
1800 John F. Kennedy Boulevard, Suite 1900
Philadelphia, PA  19103
Attorney for Defendants, Borough of Lititz and
Officers Miller and Detz

DATE:  September 12, 2008

{PH245759.1}

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of September, 2008, the foregoing document, Defendants' Borough of Lititz, Officers Miller and Detz Offer of Judgment to Plaintiff was electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to all counsel of record.   This document was filed electronically and is available for viewing and downloading from the ECF system.   This document was also served via first class mail.

Phillip Berg, Esquire
555 Andorra Glen Court
Suite 12
Lafayette Hill, PA 19444-2531
Attorney for Plaintiffs


Abbegael Pacuska Giunta, Esquire
Deputy Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120
Attorney for Defendants, Pennsylvania State Police, Corporal Joseph Christaldi


Robert G. Hanna, Esquire
Lavery, Faherty, Young & Patterson, P.C.
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA  17108
Attorney for Defendants Township of Warwick and
Officer David Burdis

*s/Patricia Fecile-Moreland*
Patricia Fecile-Moreland, Esquire
Marks, O'Neill, O'Brien & Courtney, PC
1800 John F. Kennedy Boulevard, Suite 1900
Philadelphia, PA  19103
Attorney for Defendants, Borough of Lititz and
Officers Miller and Detz

{PH245759.1}