# EXHIBIT "B"

Case 2:07-cv-04691-PD   Document 90-2   Filed 12/15/08   Page 2 of 3

Faust v. City of Lancaster, et al.                                                    Chief William...

EXHIBIT B

### Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                   - - -
      SANDRA FAUST, as the ADMINISTRATOR   :
 3    of the Estate of DANIEL FAUST,       :
      Deceased, and SANDRA FAUST, in her   :
 4    own right                            :
                                           :
 5           V.                            :
                                           :
 6    THE CITY OF LANCASTER, Et Al.        : NO. 07-4691
 7
 8                   - - -
 9           September 23, 2008
10                   - - -
11
12         Oral deposition of CHIEF WILLIAM R. SEACE,
13    taken pursuant to notice, held at Warwick Township
14    Municipal Building, 315 Clay Road, Lititz,
15    Pennsylvania, 17543, commencing at 2:52 p.m.,
16    before Gina B. Meloni-Pinto, Certified Shorthand
17    Reporter, there being present.
18
19
20
21         MELONI COURT REPORTING
             Gina B. Meloni-Pinto
22             P.O. Box 20090
         Philadelphia, Pennsylvania 19145
23            (215) 463-9518
24
```

### Page 2

```
 1   APPEARANCES:
 2
         PHILIP J. BERG, ESQUIRE
 3       555 Andorra Glen Court
         Suite 12
 4       Lafayette Hill, Pennsylvania 19444
 5
         LAVERY, FAHERTY, YOUNG & PATTERSON,
 6       P.C.
         BY: GARY H. DADAMO, ESQUIRE
 7       225 Market Street
         Suite 304
 8       P.O. Box 1245
         Harrisburg, Pennsylvania 17108-1245
 9
10       OFFICE OF THE ATTORNEY GENERAL
         COMMONWEALTH OF PENNSYLVANIA
11       BY: M. ABBEGAEL GIUNTA, ESQUIRE
         Strawberry Square, 15th Floor
12       Litigation Section
         Harrisburg, Pennsylvania 17120
13
14       MARKS, O'NEILL, O'BRIEN & COURTNEY,
         P.C.
15       BY: PATRICIA FECILE-MORELAND,
             ESQUIRE
16       1800 John F. Kennedy Boulevard
         Suite 1900
17       Philadelphia, Pennsylvania 19103
18
19
20
21
22
23
24
```

### Page 3

```
                    I N D E X

      WITNESS                              PAGE
      Chief William R. Seace
        By Mr. Berg                          5

                    - - -


                  E X H I B I T S

      NO.  DESCRIPTION                     PAGE
```

### Page 4

```
           DEPOSITION SUPPORT INDEX


           Stipulations
           PAGE    LINE
             5       2


      Instruction To Witness Not To Answer
           PAGE    LINE



      Requests for Production of Documents
           PAGE    LINE
```

Case 2:07-cv-04691-PD   Document 90-2   Filed 12/15/08   Page 3 of 3

Faust v. City of Lancaster, et al.                                    Chief William R. Seace, 9/23/08

Page 13

1    Q.   Are they with anyone specific or at a
2  specific location?
3    A.   We assign a counselor out of
4  Chester -- I'm sorry, West Chester, Pennsylvania,
5  and I don't know the specific doctor's name at
6  this time.
7    Q.   During the hiring process of law
8  enforcement officers, are psychiatric evaluations
9  conducted?
10   A.   We send them down to the doctor's
11 office for their evaluation.
12   Q.   When they were originally hired?
13   A.   When they were hired, yes.
14   Q.   When an officer appears for a shift,
15 who assings the officer's schedule for that day?
16   A.   I'm sorry, what was that?
17   Q.   When an officer appears for his shift
18 or her shift, who assigns the officer's schedule
19 for that day?
20   A.   In a small department, we have
21 Sergeants on duty.  However, the patrol work is
22 generated according to the calls coming in.  It's
23 not specifically related to any one individual
24 doing a specific job.

Page 14

1    Q.   How big is Lititz Borough?
2    A.   It's about 10,000 people.
3    Q.   Square miles, if you know?
4    A.   Between two and three square miles.
5    Q.   I just noticed the map today.  You're
6  completely surrounded?
7    A.   Completely surrounded by
8  Warwick Township, correct.
9    Q.   There's some working agreement
10 between Lititz and Warwick Township?
11   A.   Yes, there is.
12   Q.   What's that agreement?
13   A.   That's a municipal aid agreement that
14 was enhanced.  There is a Lancaster County mutual
15 aid agreement with all the departments, and then
16 Lititz Borough and Warwick Township entered into a
17 more detailed municipal aid agreement because of
18 the close working relationship we had with the
19 township and vice-versa.
20   Q.   How many officers are there in your
21 department?
22   A.   Thirteen and one civilian police aid.
23 I sometimes count her.
24   Q.   Are you familiar with the events of

Page 15

1  November 7th and 8th surrounding the shooting of
2  Officer Miller?
3    A.   Yes, I am.
4    Q.   Are you aware that Officer Miller
5  informed the hospital staff he used drugs?
6    A.   No, I was not there, so I have no
7  knowledge.
8    Q.   Are you aware, prior to November 7th
9  and 8th, that Officer Miller or Detz set up or
10 conducted a surveillance of Daniel Faust's
11 residence at 63 Heron Drive prior to the service
12 of the warrant?
13   A.   I'm not aware of it, no.
14   Q.   When did you first become aware that
15 there had been a surveillance of Daniel Faust's
16 property beginning on the 7th and continuing on
17 the 8th?
18   A.   I was aware of it after the shooting.
19   Q.   Is it standard that you would not
20 know about a particular surveillance being set up
21 by officers?
22   A.   My officers are -- they generate --
23 sometimes they generate their own cases, and they
24 follow through with their own cases and

Page 16

1  surveillance of a particular house for whatever
2  reason, and I don't need to necessarily know about
3  it.
4    Q.   Do you know how Officer Burdis became
5  involved with serving the Borough of Lititz Police
6  Department warrant upon Daniel Faust?
7    A.   I don't know.  It would have been
8  after the fact.
9    Q.   What is the normal protocol for your
10 Department serving a warrant for a person's
11 arrest?
12   A.   Protocol is, one, notify your
13 supervisor, and let them know.  I'm sure my
14 supervisor was notified.  It would possibly
15 involve surveillance of a house.  Obviously, the
16 part of it is the warrant itself, what they're
17 being served on and the reasons behind serving the
18 warrant.
19   Q.   Officer Miller and Detz, in their
20 training, would they be trained to show their
21 badge and inform the suspect that they had a
22 warrant for his arrest?
23   A.   They're in uniform, and their uniform
24 has a badge, and they usually identify themselves