# EXHIBIT "D"
















## What is Accreditation

The <u>Pennsylvania Chiefs of Police Association</u> introduced the F Accreditation Program to the Commonwealth in July 2001. Since enrolled and <u>59 agencies</u> currently have attained accredited statu

Accreditation is a progressive and time-proven way of helping ins their overall performance. The cornerstone of this strategy lies in containing a clear statement of professional objectives. Participat conduct a thorough analysis to determine how existing operations objectives. When the procedures are in place, a team of indepen to verify that all applicable standards have been successfully impl culminates with a decision by an authoritative body that the institu

The Pennsylvania Law Enforcement Accreditation Program wa professional law enforcement executives to provide a reasonable professionalization of law enforcement agencies within the Co philosophy of the program is to have a user-friendly undertakin result in a "success" oriented outcome.

Your law enforcement peers want the program to be consistent a sizes of law enforcement agencies within Pennsylvania. That pe development of the program and in its implementation. Whether 100 members, or a cadre of 1000, you and your department c: complete the Pennsylvania Law Enforcement Accreditation Progr of Police Association.

Of course there will be complex work involved, but that is true of worth accomplishing. However, the <u>Commission members</u>, th accreditation coalition support groups in various parts of the state your personnel with the process leading to accredited status an certification.

It is the goal of the Pennsylvania Law Enforcement Accreditat Pennsylvania-specific, and user-friendly. We will continue to e purposes for the law enforcement agencies of the Commonwealth

Feel free to contact <u>Andrea Sullivan</u> or <u>Richard Hammon</u> with any

















## Pennsylvania Accredited Police Agencies Include:


**Abington Township Police**
Montgomery County
Chief William Kelly

Accredited 07/15/2002
Re-accredited 05/21/2005
Re-accredited 07/12/2008


**Derry Township Police**
Dauphin County
Chief William Smith

Accredited 07/15/2002
Re-accredited 07/07/2005
Re-accredited 07/12/2008


**Pennsylvania State Police**
Statewide
Commissioner Jeffrey Miller

Accredited 07/15/2002
Re-accredited 07/07/2005
Re-accredited 02/02/2008


**Douglass Township Police**
Montgomery County
Chief Barry Templin

Accredited 02/22/2003
Re-accredited 03/25/2006


**Penn Township Police**
York County
Chief Samuel Gilbert

Accredited 05/17/2003
Re-accredited 07/08/2006


**Harrisburg Bureau of Police**
Dauphin County
Chief Charles Kellar

Accredited 05/17/2003
Re-accredited 07/08/2006
Re-accredited 07/12/2008


**Findlay Township Police**
Allegheny County
Chief Jesse Lesko, Jr.

Accredited 07/12/2003
Re-accredited 07/08/2006
Re-accredited 09/22/2007


**Norristown Police**
Montgomery County
Chief Russell Bono

Accredited 07/12/2003
Re-accredited 07/08/2006


**Horsham Township Police**
Montgomery County
Chief Robert Ruxton

Accredited 07/12/2003
Re-accredited 07/08/2006


**Falls Township Police**
Bucks County
Chief William Wilcox

Accredited 07/12/2003
Re-accredited 07/08/2006


**Fairview Township Police**
York County
Chief Bernard Dugan

Accredited 02/21/2004
Re-accredited 03/10/2007


**Warwick Township Police**
Lancaster County
Chief Richard Garipoli, Jr.

Accredited 07/10/2004
Re-accredited 07/07/2007


**Town of Bloomsburg Police**
Columbia County
Chief Leo Sokoloski

Accredited 07/10/2004
Re-accredited 07/07/2007


**Muhlenberg Township Police**
Berks County
Acting Chief Erik Grunzig

Accredited 07/10/2004
Re-accredited 07/07/2007


**Upper Merion Township Police**
Montgomery County
Chief Ronald Fonock

Accredited 07/10/2004
Re-accredited 07/07/2007


**Penbrook Borough Police**
Dauphin County
Chief David Hiester

Accredited 07/10/2004
Re-accredited 07/07/2007


**Lower Salford Township Police**
Montgomery County
Chief Thomas Medwid

Accredited 07/10/2004
Re-accredited 07/07/2007


**East Lampeter Township Police**
Lancaster County
Chief John Bowman

Accredited 12/11/2004
Re-accredited 07/07/2007


**Montgomery Township Police**
Montgomery County
Chief Richard Brady

Accredited 12/11/2004
Re-accredited 02/02/2008


**Lower Paxton Township Police**
Dauphin County
Chief Daniel Bair

Accredited 03/12/2005
Re-accredited 07/12/2008


**Plymouth Township Police**
Montgomery County
Chief Carmen Pettine


**City of Allentown Police**
Lehigh County
Chief Roger MacLean