# EXHIBIT "Z"



EXHIBIT 2

# LITITZ BOROUGH POLICE DEPARTMENT

## POLICE TRAINING FILE

### OFFICER Stephen M. Detz

### DATE OF HIRE: JUNE 02, 2003

---

### PRIOR LITITZ BOROUGH POLICE EMPLOYMENT TRAINING

#### YEAR-2000

Harrisburg Area Community College (Associate Degree- Criminal Justice)

#### YEAR-2001

Reading Police Academy, ACT 120 Certification — 774 hrs

#### YEAR-2002

|  |  |  |
|---|---|---|
|  | Street Survival (Reading, Pa.) | 24 hrs |
| May | Bachelor's of Arts Degree (Alvernia College, Reading, PA) |  |
| Aug. | Law Enforcement Officers Flying Armed Training |  |
| Aug. | O.C. Spray Training |  |
| Aug. | Expandable Baton Training (Berk's County Sheriff's Dept) |  |

#### YEAR-2003

| | | |
|---|---|---|
| June 02 | Firearms Training | 4 hrs |
|  | Pistol (298) | PASS |
|  | Banelli Shotgun | PASS |
| June 20 | ACUTRAK Operator Training | 4 hrs |
| June 20 | ENRADD Operator Training | 4 hrs |
| Oct. 15 | Regional Domestic Violence Training (Millersville Univ) | 8 hrs |

| **YEAR-2004** | | **DETZ** |
|---|---|---|
| Feb. 10 | Vehicle Theft & Identification (Lancaster Safety Center) | 8 hrs |
| Mar. 01 | Firearms Qualification (Shotgun & Pistol) | PASS |
| Mar. 08 | Adult/Child CPR, AED, First Aid | 2 hrs |
| May 11-12 | In-Service Training (Lebanon Valley College)<br>-ICS, Legal Updates, Investigation Analysis,<br>-Crimes Against Children | 16 hrs |
| | Police Bicycle Certification; Level 1 (HACC) | 32 hrs |
| Oct 04-07 | Intoximeter RBT IV Operator Training (LBPD) | 32 hrs |
| Nov. 02 | Firearms Qualifications (Pistol & Shotgun) | PASS |
| **YEAR-2005** | | |
| Feb. 23 | Adult/Child CPR, First Aid, AED Training | 2 hrs |
| Mar. 09-10 | In-Service Training (Lancaster Safety Center)<br>Clandestine Labs, Officer Safety XII,<br>Legal Updates, Recognizing Explosive Devices | 16 hrs |
| Apr. 04-06 | EVOC Driving (HACC) | 24 hrs |
| | Firearms Qualification (Glock .40 Pistol, Banelli Shotgun) | PASS |
| Sept. 16-17 | Operation Nighthawk DUI Training/Enforcement | 16 hrs |
| Dec. 20 | Search and Seizure Training (PSP Harrisburg) | 8 hrs |
| **YEAR-2006** | | |
| Mar 09-10 | In-Service Training (Lancaster Safety Center)<br>--Current Issues/Homeland Security<br>--Legal Issues | 8 hrs<br>8 hrs |
| June | Firearms Qualifications (Glock .40 Pistol)<br>--Banelli Shotgun<br>--Ar-15 Patrol Rifle | PASS<br>PASS<br>PASS |
| June 13 | ENRADD RF System Operators Training | 2 hrs |

| YEAR-2007 | | DETZ |
|---|---|---|
| Feb. 07-08 | In-Service Training (Lancaster Safety Center)<br>--Legal Updates, Identity Theft, Gangs | 16 hrs |
| Apr. 23 | TASER Training (LBPD) | 4 hr |
| June 22 | LBPD Bike Officer Update Training | PASS |
| July 21 | Firearms Qualifications (Instructor-Spidel)<br>--Glock .40 Pistol, AR-15 Rifle, Banneli Shotgun | PASS |
| Aug 10 | Adult/Child CPR, AED, First Aid Training | 2 hrs |
| Sept 06 | Firearms Qualifications (Instructors- Spidel & Hartz)<br>--Glock .40 Pistol (ENL195)<br>--Banelli Shotgun, AR-15 Rifle<br>--Off-Duty: Glock .40, Model (ENL195) | PASS<br>PASS<br>PASS |
| Oct. 01 | Bio-Suit Training | |
| Oct. 08 | Refresher Training (Lancaster Safety Center)<br>TASER (Burdis- WTPD)<br>O.C. Spray (Hartz)<br>ASP Baton (Kilgore- WTPD) | PASS |

## YEAR-2008

| | | |
|---|---|---|
| April 02-03<br>16 hrs | South-Central LE Strike Team Training (HACC) | |
| April 28-29 | In-Service Training (Lancaster Safety Center)<br>Updates/Radical Islam<br>Street Encounters/Games Criminals Play | <br>8 hrs<br>8 hrs |