# EXHIBIT "AA"



EXHIBIT

_AA_

# LITITZ BOROUGH POLICE DEPARTMENT

## POLICE TRAINING FILE

## OFFICER JEVON M. MILLER

## DATE OF HIRE: NOVEMBER 02, 2003

| | | |
|---|---|---|
| **May 19 to Oct 09, 2003** | **TEMPLE UNIVERSITY POLICE ACADEMY** | 750 hrs |
| **YEAR-2003** | | |
| **Oct. 06** | Adult/Child CPR, First Aid, AED (Lititz Fire Comp) | 4 hrs |
| **Oct. 10** | ENRADD Operator Training (LBPD) | 4 hrs |
| **Dec. 12** | Acutrak Operator Training (LBPD) | 4 hrs |
| **YEAR-2004** | | |
| **Mar. 01** | Firearms Qualification<br>--Banelli Shotgun, .40 Glock Pistol | 4 hrs<br>PASS |
| **Mar. 08** | Adult/Child CPR, AED, First Aid | 4 hrs |
| **Apr. 7-8** | In-Service Training (Lancaster City PD)<br>--Legal Updates, ICS, Investigation Analysis<br>--Crimes Against Children | 16 hrs |
| **Aug 30-Sept 3** | Police Bicycle Course- Level I (HACC) | 32 hrs |
| **Oct. 04-07** | RBT IV Breathalyzer Operator Training (LBPD) | 32 hrs |
| **Nov. 09** | Firearms Training with WTPD (Lanc Safety Center) | PASS |
| **YEAR-2005** | | |
| **Feb. 16-17** | In-Service Training (Lanc Safety Center)<br>--Legal Updates, Clandestine Labs<br>--Officer Safety XII, Recognition Explosive Devices | 16 hrs |
| **Feb. 23** | Adult/Child CPR Training (LBPD) | 2 hrs |

**YEAR-2005** con't                                                         **MILLER**

|  |  |  |
|---|---|---|
|  | Firearms Qualification (Instructor-Hartz) —Banelli Shotgun, .40 Glock Pistol | PASS |
| Sept 26-Oct 07 | D.A.R.E. Officers Training (E-town) | 80 hrs |

**YEAR-2006**

| May 22 | Firearms Qualifications (Instructor-Spidel) —Banelli Shotgun, .40 Glock Pistol | PASS |
|---|---|---|
| June 09 | ENRADD Operator Training | 2 hrs |
| Dec | In-Service Training (HACC) —Homeland Security/NIMS —Legal Updates, current Issues | 16 hrs |

**YEAR-2007**

| May 01 | Taser Training (LBPD) | 4 hrs |
|---|---|---|
| June 05 | In-Service Training (Lancaster Safety Center) —Gang Awareness, Identity Theft, Legal Updates | 8 hrs |
| June 23 | Bike Officers Update Training (LBPD) | PASS |
| July 31 | In-Service Training (HACC) | 8 hrs |
| Aug. 10 | Adult/Child CPR, First Aid Training | 2 hrs |
| Sept 07 | Firearms Qualifications (Instructors: Hartz & Spidel) —Glock .40 Pistol (FZU355), Banelli Shotgun, AR-15 | PASS |
| Oct. 01 | Bio-Suit Training | 2 hrs |
| Oct 19 | Refresher Training (Lanc Safety Center) Taser (Burdis) O.C. Spray (Hartz) ASP Baton (Kilgore) | PASS PASS PASS |

**YEAR-2008**

# Lititz Borough Police Department
## 7 S. Broad Street
## Lititz, PA 17543

## Police Officer Training File

## Officer: Jevon M. Miller

## Date of Hire: 02 November 2003

## Prepared by: Chief William R. Seace

## Training

**Year - 2005**

| | |
|---|---|
| Mandatory In-Service Trng; LCPSTC; 02/16-17/05<br>Updates; Clandestine Labs; Ofcr Safety XII;<br>Recog Explosive Devices | 16 hrs |
| Mandatory First Aid/CPR Trng; LBPD, Feb 23, 2005 | 2 hrs |

**Year - 2004**

| | |
|---|---|
| Firearms Qualifications, Lititz PD; 3/1/04<br>Pistol - Pass<br>Shotgun - Pass | 4 hrs |
| Adult/Child CPR/AED/First Aid; Lititz PD; 3/8/04 | 4 hrs |

Mandatory In-Service Trng; LCPD; 4/7-8/04                      16 hrs
    Updates; ICS; Invest. Analysis; Crimes Agst. Children

Police Bicycle Course I;  HACC; 8/30-9/3/04                    32 hrs

Mandatory Firearms Qual; 11/09/04; LCPSTC; Pass               8 hrs

Breath Test Instrument Operator; Intoximeter RBT-VI; LBPD;     32 hrs
    10/4-7/04

Year – 2003

First Aid/CPR/AED, Lititz Fire Co. 10/6/03

ENRADD Model # EJU-91 Speed Timing Device; LBPD; 12/12/03     4 hrs

ACUTRAK Speed Chronometer, LBPD; 12/12/03                     4 hrs


PA Police Academy at Temple University – 5/19 to 10/9/2003    750 hrs


Complied by Chief  W. Seace, 5/5/05

LITITZ 01295



American Red Cross
*Together, we can save a life*

Marian Dubernak
has completed the requirements for
CPR/AED—Adult CPR—Child and
Infant
conducted by
Susquehanna Valley
Date completed   8/10/2007
The American Red Cross recognizes this certificate
as valid for        year(s) from completion date.

American Red Cross
*Together, we can save a life*

Kenneth M Wolfe
has completed the requirements for
CPR/AED—Adult CPR—Child and
Infant
conducted by
Susquehanna Valley
Date completed   8/10/2007
The American Red Cross recognizes this certificate
as valid for        year(s) from completion date.

American Red Cross
*Together, we can save a life*

This recognizes that
Christopher J Armato
has completed the requirements for
CPR/AED—Adult CPR—Child and
Infant
conducted by
Susquehanna Valley
Date completed   8/10/2007
The American Red Cross recognizes this certificate
as valid for        year(s) from completion date.

American Red Cross
*Together, we can save a life*

This recognizes that
has completed the requirements for
CPR/AED—Adult CPR—Child and
Infant
conducted by
Susquehanna Valley
Date completed   8/10/2007
The American Red Cross recognizes this certificate
as valid for        year(s) from completion date.

American Red Cross
*Together, we can save a life*

This recognizes that
Karl D Spidel
has completed the requirements for
CPR/AED—Adult CPR—Child and
Infant
conducted by
Susquehanna Valley
Date completed   8/19/2007
The American Red Cross recognizes this certificate
as valid for        year(s) from completion date.

American Red Cross
*Together, we can save a life*

This recognizes that
William R Seace
has completed the requirements for
CPR/AED—Adult CPR—Child and
Infant
conducted by
Susquehanna Valley
Date completed   8/10/2007
The American Red Cross recognizes this certificate
as valid for        year(s) from completion date.

American Red Cross
*Together, we can save a life*

This recognizes that
Peter J Savage III
has completed the requirements for
CPR/AED—Adult CPR—Child and
Infant
conducted by
Susquehanna Valley
Date completed   8/10/2007
The American Red Cross recognizes this certificate
as valid for        year(s) from completion date.

American Red Cross
*Together, we can save a life*

This recognizes that
John Schofield
has completed the requirements for
CPR/AED—Adult CPR—Child and
Infant
conducted by
Susquehanna Valley
Date completed   8/10/2007
The American Red Cross recognizes this certificate
as valid for        year(s) from completion date.

Chairman, American Red Cross
Instructor's Signature

Chapter
**ARC of the Susquehanna Valley**

Holder's Signature

Cert. 653998. (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature

Chapter
**ARC of the Susquehanna Valley**

Holder's Signature

Cert. 653998. (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature

Chapter
**ARC of the Susquehanna Valley**

Holder's Signature

Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature

Chapter
**ARC of the Susquehanna Valley**

Holder's Signature

Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature

Chapter
**ARC of the Susquehanna Valley**

Holder's Signature

Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature

Chapter
**ARC of the Susquehanna Valley**

Holder's Signature

Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature

Chapter
**ARC of the Susquehanna Valley**

Holder's Signature

Cert. 653998 (Rev. Oct. 2001)

**American Red Cross** — *Together, we can save a life*

This recognizes that

Kerry D Nye
has completed the requirements for
CPR/AED—Adult  CPR–Child and
Infan'
conducted by

Susquehanna Valley
Date completed    8/10/2007
The American Red Cross recognizes this certificate
as valid for    1    year(s) from completion date.

---

**American Red Cross** — *Together, we can save a life*

This recognizes that

Joel R Hartz
has completed the requirements for
CPR/AED—Adult  CPR–Child and
Infant
conducted by

Susquehanna Valley
Date completed    8/10/2007
The American Red Cross recognizes this certificate
as valid for    1    year(s) from completion date.

---

**American Red Cross** — *Together, we can save a life*

This recognizes that

Stephen M Detz
has completed the requirements for
CPR/AED—Adult  CPR–Child and
Infant
conducted by
Susquehanna Valley
Date completed   8/10/2007
The American Red Cross recognizes this certificate
as valid for    year(s) from completion date.

---

**American Red Cross** — *Together, we can save a life*

This recognizes that

H Marie Sanderson
has completed the requirements for
CPR/AED—Adult  CPR–Child and
Infant
conducted by

Susquehanna Valley
Date completed   8/10/2007
The American Red Cross recognizes this certificate
as valid for    1    year(s) from completion date.

---

**American Red Cross** — *Together, we can save a life*

This recognizes that

Kerry L Gopd
has completed the requirements for
CPR/AED—Adult  CPR–Child and
Infant
conducted by
Susquehanna Valley
Date completed    8/10/2007
The American Red Cross recognizes this certificate
as valid for    year(s) from completion date.

---

**American Red Cross** — *Together, we can save a life*

This recognizes that

Judy Resh
has completed the requirements for
CPR/AED—Adult  CPR–Child and
Infant
conducted by

Susquehanna Valley
Date completed    8/10/2007
The American Red Cross recognizes this certificate
as valid for    1    year(s) from completion date.

---



**American Red Cross** — *Together, we can save a life*

This recognizes that

Christopher R Kelley
has completed the requirements for
CPR/AED—Adult  CPR–Child and
Infant
conducted by

Susquehanna Valley
Date completed    .8/10/2007
The American Red Cross recognizes this certificate
as valid for    year(s) from completion date.

Chairman, American Red Cross
Instructor's Signature
Chapter
**ARC of the Susquehanna Valley**
Holder's Signature
Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature
Chapter
**ARC of the Susquehanna Valley**
Holder's Signature
Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature
Chapter
**ARC of the Susquehanna Valley**
Holder's Signature
Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature
Chapter
**ARC of the Susquehanna Valley**
Holder's Signature
Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature
Chapter
**ARC of the Susquehanna Valley**
Holder's Signature
Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature
Chapter
**ARC of the Susquehanna Valley**
Holder's Signature
Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature
Chapter
**ARC of the Susquehanna Valley**
Holder's Signature
Cert. 653998 (Rev. Oct. 2001)

Chairman, American Red Cross
Instructor's Signature
Chapter
**ARC of the Susquehanna Valley**
Holder's Signature
Cert. 653998 (Rev. Oct. 2001)

LITITZ 01297